22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO.: 2020-13574

DIVISION "___"
B

**SADIE MICHELE BLANCHARD and
COMMITTEE TO ELECT S. MICHELE BLANCHARD LLC**

**VERSUS**

**JEFFREY SCOTT TILLMAN and
U.S. TERM LIMITS**

FILED: _____          _____

                                              **DEPUTY CLERK**

<u>**PETITION FOR DAMAGES AND
FINES IN ACCORDANCE WITH LA R.S. 18:1463(F) and
LA. CIV. CODE ANN. ART. 2298 ENRICHMENT WITHOUT CAUSE**</u>

NOW INTO COURT, through undersigned counsel comes S. Michele Blanchard, in proper

person (a person of the full age of majority, resident and domiciliary of the Parish of St. Tammany),

and Airey Blanchard Law Office, as counsel of record for COMMITTEE TO ELECT S. MICHELE

BLANCHARD, LLC, respectfully representing S. Michele Blanchard and COMMITTEE TO

ELECT S. MICHELE BLANCHARD, LLC are entitled to relief, in accordance with the provisions

of La. R.S. 18:1463 and damages under Defamatory actionable words and Slander under Louisiana

Civil Code Art. 2315 and enrichment without cause:

I.

Named defendant herein is:

**JEFFREY SCOTT TILLMAN**, a resident and domiciliary of the County of Newaygo, State
of Michigan;

**and**

**U.S. TERM LIMITS** a California Foreign Non-Profit Corporation, domiciled District of
Columbia **and**

John Doe, Jane Doe, and Corporate Defendants A through Z are such individuals or entities
who acted in concert with **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS**, or
individually performed or participated in the wrongful events described herein whose identities are
not yet known. They shall be named with more particularity once they are ultimately identified.

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 6:30 AM Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert

-1-



II.

The named defendant(s), **JEFFREY SCOTT TILLMAN, U.S. TERM LIMITS and other Defendants TO BE IDENTIFIED**, have expressly and intentionally violated the provisions of the Louisiana Election Code at La. RS. 18:1463 by causing to be distributed, transmitted and published many visual and written statements which Defendants knew, or should be reasonably expected to know, that the Publication "Mailers" included multiple false statements about the candidate, S. Michele Blanchard, running for election in the general election for Louisiana House of Representative District 76, scheduled for October 12, 2019.

III.

In October 2019, S. Michele Blanchard was a candidate for the Louisiana House of Representatives District 76 race.

IV.

Early voting had ended on the 5th of October, 2019, it was later determined that S. Michele Blanchard had won 51% of the early vote.

V.

After early voting and prior to the election day, **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** did publish and caused four (4) mailers to be mailed that contained many false statements that included and made scurrilous, false, or irresponsible, adverse comments about S. Michele Blanchard, the candidate.

VI.

The four mailers had a direct effect on votes on election day, and the election ended with the candidate dropping from 51% to 48% of the vote and resulted in a loss.

VII.

Beginning on or around October 7, 2019 and continuing through October 11, 2019, **JEFFREY SCOTT TILLMAN** in concert with, or directed by **U.S. TERM LIMITS** mailed a series of written statements in Publication ("Mailers") and circulated via U.S. bulk mail to citizens

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert



and voters of the Louisiana House of Representatives District 76 that contained scurrilous, false, or irresponsible, adverse comments about S. Michele Blanchard, the candidate.

VIII.

Said Publications "Mailers" contained disparaging and defamatory statements designed to libel, slander, defame and place plaintiff in a false light, and were intended to do so.

IX.

The statements made by the defendants were false and known to be false at the time they were made. The defendants made the statements with the intention of injuring S. MICHELE BLANCHARD and the COMMITTEE TO ELECT S. MICHELE BLANCHARD, LLC, placing the plaintiff in a false light and otherwise were designed to defame the plaintiff in connection with the election.

X.

The State of Louisiana, through the Louisiana Legislature, has established, by law, that the State has a compelling interest in:

    A.    Taking every necessary step to assure that all elections are held in a fair and ethical manner;

    B.    Protecting the electoral process;

    C.    Prohibiting misrepresentations; and,

    D.    Prohibiting the publishing of statements that make scurrilous, false, or irresponsible, adverse comments about a candidate. La. R.S. 18:1463(A).

XI.

Notwithstanding the express prohibition against the distribution of scurrilous, false, or irresponsible adverse comments about S. MICHELE BLANCHARD, the candidate, **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS and Other Defendants to be Identified** have knowingly, and with reckless disregard for the truth or falsity thereof, violated the prohibitions against false statements which specifically provide as follows:

Submitted Date: 8/19/2020 6:35 PM   File Date: 8/20/2020 8:30 AM   Case Number: 202013574   St. Tammany Parish, LA   Deputy Clerk: Courtney Hebert



C. (1) No person shall cause to be distributed, or transmitted, any oral,

visual, or written material containing any statement which he knows

or should be reasonably expected to know makes a false statement

about a candidate for election in a primary or a general election or

about a proposition to be submitted to the voters." La.R.S.

18:1463(C)

XII.

On August 20, 2019, at 9:51 AM, JEFFREY SCOTT TILLMAN sent from the e-mail

Address jeff <tmasj69@yahoo.com>:

"Michele,

Do you support Term Limits for the US Congress?

Thank You

Jeff Tillman"

XIII.

On August 20, 2019 12:25 PM, S. Michele responded to JFFREY SCOTT TILLMAN's

August 20, 2019, at 9:51 AM e-mail:

From: Airey Blanchard Law Office <ablo@aireyblanchard.com>
Sent: Tuesday, August 20, 2019 12:25 PM
To: jeff <tmasj69@yahoo.com>

Subject: Re: Term Limiting Congress

Mr. Tillman

I have no objection to term limits for Congress or any other elected office...[1]

---

[1]On Tuesday, August 20, 2019, 1:24:59 PM EDT, Airey Blanchard Law Office <ablo@aireyblanchard.com> wrote:

Mr. Tillman

I have no objection to term limits for Congress or any other elected office, except the adverse effect of empowering  bureaucrats
who have no responsibility to answer to the people and who fail to understand the practical impact and implications that the
regulations they administrate have on the people.

Michele
Sent from my iPhone

On Aug 20, 2019, at 9:51 AM, jeff <tmasj69@yahoo.com> wrote:
Michele,
Do you support Term Limits for the US Congress?
Thank You
Jeff Tillman

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert



XIV.

A second e-mail was sent on August 20, 2019 at 1:14 p.m. from JEFFREY SCOTT TILLMAN to S. Michele Blanchard and stated:

From: jeff [mailto:tmasj69@yahoo.com]
Sent: Tuesday, August 20, 2019 1:14 PM
To: Airey Blanchard Law Office <ablo@aireyblanchard.com>

Subject: Re: Term Limiting Congress

Michele,

Our effort is for the folks in Washington DC The bureaucrats as well as Lobbyist have an extreme level of control already and the longer an official is there the more cozy they become. They don't even read the bills they have written for them already. We surely need open seats to give more citizens a chance to step up and fix this. Long term incumbents have brought us to the place we are. Not the new ones going in. We would love to let our supporters in Louisiana know you are with them. Polling 85% positive:)

When I sent our information to contact@electsmb.com it bounced back

Should I try again?

Thank You for taking the time

Jeff Tillman

US Term Limits

jtillman@termlimits.com

XV.

On Tuesday, August 20, 2019, 2:44:20 PM EDT, S. Michele Blanchard responded:

Mr. Tillman,

I do not pledge the people's vote in advance on this or any issue. I believe it is best to remain open minded on all issues until the moment of voting, however, I have no

Submitted Date: 8/19/2020 6:35 PM File Date: 8/20/2020 8:30 AM Case Number: 2020135574 St. Tammany Parish, LA Deputy Clerk: Courtney Hebert





issue with giving my preference or indication of how I would vote. I appreciate your comments and look forward to continued dialog on this and other issues.

Michele

## XVI.

On Wednesday August 21, 2019 at 7:56 AM, JEFFREY SCOTT TILLMAN sent a third email to S. Michele Blanchard and stated:

"On Aug 21, 2019, at 7:56 AM, jeff <tmasj69@yahoo.com> wrote:

Michele,

In 1994 Newt Gingrich made a "Contract With America" one of the 10 "promises" was for Term Limits. Instead of getting it done as promised to the voters they were able to put up 3 different versions of Term Limits. In doing so they divided the vote between the three and killed any chance of it passing. By doing so they also gave "cover" to the politicians who had campaigned on these "promises" and were elected. The polling for Term Limits has continued to rise and now is around 85% positive. We have found that the citizens/voters do not trust the politicians in Washington very much. They have been "burned" so often that a "pledge" in writing is now required. Letting your voters know that when it comes to Term Limits your "promise" is backed by your Pledge is a winning campaign issue. HJR20 and SJR1 currently has 60+ cosponsors.

Can I provide you with any additional information?

Thank You,

Jeff Tillman"

## XVII.

On Wednesday, August 21, 2019 10:34 PM, S. Michele Blanchard sent a final response:

**From:** Airey Blanchard Law Office <ablo@aireyblanchard.com>
**Sent:** Wednesday, August 21, 2019 10:34 PM
**To:** jeff <tmasj69@yahoo.com>
**Subject:** Re: Term Limiting Congress

-6-

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM  Case Number: 2020135674  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert

Mr. Tillman

My answer remains the same.

Michele

## XVIII.

The week before the October 12, 2019 general election, **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** caused four (4) mailers to be sent to the voters of District 76 that contained scurrilous, false, or irresponsible adverse comments about the candidate, S. MICHELE BLANCHARD.

## XIX.

On or about the 7th of October, 2019, days before the election, Mailer 1[2] was distributed into the district and contained the false statements of **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** to the voters of District 76. Said Mailer 1, which included scurrilous, false, or irresponsible adverse comments about the candidate, S. MICHELE BLANCHARD, include at least three (3) false

---

2





Submitted Date: 8/19/2020 6:35 PM   File Date: 8/20/2020 8:30 AM Case Number: 202013574   St. Tammany Parish, LA   Deputy Clerk: Courtney Hebert

misleading statements, was defamatory, designed to libel, slander, defame and place plaintiff in a false light, and were intended to do so, included the following deceptive statements:

A.   False Statement 1:

"*Michelle Blanchard DOESN'T CARE about term limits for Congress, which 82% of American voters support.*"

B.   False Statement 2:

"*When her constituents asked her to sign the U.S. Term Limits Pledge, Blanchard REFUSED, putting professional politicians ahead of the people*".

C.   False Statement 3:

"*TELL MICHELLE BLANCHARD: Stop siding with DC career politicians over the people of Louisiana.  Stop opposing term limits!*"

*See* the annexed mailer of mailed and paid for By U.S. TERM LIMITS annexed to Petition as Exhibit "A".

XX.

Further, **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** violated the copyright of Paul Wood Photography and the Committee to Elect S. Michele Blanchard by use of the copyrighted image and/or likeness of S. Michele Blanchard without permission in Mailers 1, 2, 3, and 4.  **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** were in enrichment without cause at the expense of Paul Wood Photography and the Committee to Elect S. Michele Blanchard, LLC, and **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** are bound to compensate Committee to Elect S. Michele Blanchard, LLC, the holder of the trademark.

XXI.

There is no communication between **JEFFREY SCOTT TILLMAN, U.S. TERM LIMITS** and S. Michele Blanchard that indicates S. Michele Blanchard opposed terms limits.  In fact, the email dated Tuesday, August 20, 2019 12:25 PM clearly states by S. Michele Blanchard that: "*I have no objection to term limits for Congress or any other elected office...*"

-8-

Submitted Date: 3/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM  Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert



XXII.

No constituent, voter, or resident of District 76 has ever asked S. Michele Blanchard to sign a pledge regarding U.S. Term Limits. The Statement is a false, disparaging and defamatory statement designed to libel, slander, defame and place plaintiff in a false light to voters of Louisiana House of Representatives District 76.

XXIII.

Prior to the Michigan resident, JEFFREY SCOTT TILLMAN's email and the Mailer 1, no voter and/or resident of District 76 during the election process had ever contacted S. Michele Blanchard about support or opposition of U.S. terms limits.

XXIV.

There is no communication between **JEFFREY SCOTT TILLMAN, U.S. TERM LIMITS** and S. Michele Blanchard that indicates S. Michele Blanchard would not side with the people of Louisiana who may support congressional terms limits.

XXV.

In fact the email dated Tuesday, August 20, 2019 1:44 PM, clearly states by S. Michele Blanchard that: *"I do not pledge the people's vote in advance on this or any issue"[3]* indicating that she will support the people on any issues and her deep understanding of the responsibility and accountability of a Representatives to the people on all issues.

XXVI.

There is no factual basis for **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** to state in Mailer 1 that S. Michele Blanchard should *"Stop opposing term limits!"* There is no evidence that S. Michele Blanchard has ever opposed term limits for U.S. Congress. This statement

---

[3]From: Airey Blanchard Law Office
Sent: Tuesday, August 20, 2019 1:44 PM
To: 'jeff' <tmasj69@yahoo.com>
Subject: RE: Term Limiting Congress

Mr. Tillman,

I do not pledge the people's vote in advance on this or any issue. I believe it is best to remain open minded on all issues until the moment of voting, however, I have no issue with giving my preference or indication of how I would vote. I appreciate your comments and look forward to continued dialog on this and other issues.

Michele

Submitted Date: 8/19/2020 6:35 PM   File Date: 8/20/2020 8:30 AM Case Number: 202013574   St. Tammany Parish, LA   Deputy Clerk: Courtney Hebert



is false, misleading and intending to inflame the voters and the statement is a disparaging and defamatory statement designed to libel, slander, defame and place plaintiff in a false light to voters of Louisiana House of Representatives District 76.

<div align="center">XXVII.</div>

On or about the 8th of October, 2019, days before the election, Mailer 2[4] was distributed into the district and contained the false statements of **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** to the voters of District 76 containing scurrilous, false, or irresponsible adverse comments about the candidate, S. MICHELE BLANCHARD, including at least 3 false, misleading, disparaging and defamatory statements designed to libel, slander, defame and place plaintiff in a false light, and were intended to do so, included the following deceptive statements:

A.      False Statement 1:

*"Call Michelle Blanchard at (985) 605-5013 and ask her why she OPPOSES President Trump's effort on term limits"*

---

4







<div align="center">-10-</div>

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert

B.    Statement 2:

*"Conservatives like President Trump support term limits on Congress to help DRAIN THE SWAMP"*

C.    False Statement 3:

*"That's why it's outrageous that Michelle Blanchard REFUSES to support term limits on Congress."*

*See* the annexed Mailer 2 that was mailed and paid for by U.S. TERM LIMITS annexed to Petition as Exhibit "B".

<div align="center">XXVIII.</div>

Mailer 2 used President Trump's name, likeness, trademark, and branding to confuse voters. The Trump 2020 campaign has listed[5] four safe official fundraising organizations that have either been authorized by the president or RNC which are limited to: Donald J. Trump for President, The Republican National Committee, The Trump Make American Great Again Committee (TMAGAC) and Trump Victory. *See* May 7, 2019 Official Statement of Trump Campaign attached hereto as Exhibit "C".

<div align="center">XXIX.</div>

**U.S. TERM LIMITS** is not authorized to use likeness of Donald J. Trump.[6] The use of his likeness in connection with the written statements on the mailer were intended to inflame the voters and created a false, disparaging and defamatory statements designed to libel, slander, defame and place plaintiff in a false light to voters of Louisiana House of Representatives District 76.

---

[5]https://www.newsweek.com/trump-2020-campaign-warns-dishonest-fundraising-groups-using-trumps-name-scam-1418584

[6]"The Trump campaign has made public statements and sent letters to the Federal Election Commission calling for all outside groups except America First to cease operations." https://www.politico.com/news/2019/12/23/trump-campaign-compete-against-groups-money-089454

<div align="center">-11-</div>

Submitted Date: 8/19/2020 6:35 PM   File Date: 8/20/2020 8:30 AM   Case Number: 202013574   St. Tammany Parish, LA   Deputy Clerk: Courtney Hebert



<div align="center">XXX.</div>

There is no factual basis  for **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** to state in the Mailer2 to *"ask her why she OPPOSES President Trump's effort on term limits."* This statement is false, misleading and intending to inflame the voters and created a false, disparaging and defamatory statements designed to libel, slander, defame and place plaintiff, S. Michele Blanchard, in a false light to voters of Louisiana House Representatives District 76.

<div align="center">XXXI.</div>

There is no factual basis for **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** to state in Mailer 2 that *"Michelle Blanchard REFUSES to support term limits on Congress."* This statement is false, misleading and intending to inflame the voters and is a disparaging and defamatory statement designed to libel, slander, defame and place plaintiff, S. Michele Blanchard, in a false light to voters of Louisiana House of Representatives District 76.

<div align="center">XXXIII.</div>

On or about the 9th of October, 2020, days before the election, Mailer 3[7] was distributed into the district and contained the false statements of **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** to the voters of District 76 containing the scurrilous, false, or irresponsible adverse

---





Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert



comments about the candidate, S. MICHELE BLANCHARD, including at least 3 false, misleading, disparaging and defamatory statements designed to libel, slander, defame and place plaintiff in a false light, and were intended to do so, included the following deceptive statements:

    A.    False Statement1:

        *"Michele Blanchard DOESN'T CARE about term limits for Congress"*

    B.    False Statement 2:

        *"When her constituents asked her to sign the U.S. Term Limits Pledge, Blanchard REFUSED, putting professional politicians ahead of the people."*

    C.    False Statement 3:

        *"Stop opposing congressional term limits!"*

*See* the annexed Mailer 3 that was mailed and paid for By U.S. TERM LIMITS annexed to Petition as Exhibit "D".

<div align="center">XXXIV.</div>

There is no communication between **JEFFREY SCOTT TILLMAN, U.S. TERM LIMITS** and S. Michele Blanchard that indicates S. Michele Blanchard opposed terms limits. In fact the email dated Tuesday, August 20, 2019 12:25 PM clearly states by S. Michele Blanchard that *"I have no objection to term limits for Congress or any other elected office..."*

<div align="center">XXXV.</div>

No constituent, voter, or resident of District 76 has ever asked S. Michele Blanchard to sign a pledge regarding U.S. Term Limits. The Statement is false, misleading and intended to inflame the voters and a disparaging and defamatory statement designed to libel, slander, defame and place plaintiff, S. Michele Blanchard, in a false light to voters of Louisiana House of Representatives District 76.

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert

<div align="center">-13-</div>



XXXVI.

Prior to the Michigan resident, JEFFREY SCOTT TILLMAN's email and Mailer 1, no voter and/or resident of District 76 during the election process or prior had ever contacted S. Michele Blanchard about support or opposition of U.S. terms limits.

XXXVII.

There is no communication between **JEFFREY SCOTT TILLMAN, U.S. TERM LIMITS** and S. Michele Blanchard that indicates S. Michele Blanchard would not side with the people of Louisiana who may support congressional terms limits.

XXXVIII.

In fact the email dated Tuesday, August 20, 2019 12:25 PM clearly states by S. Michele Blanchard that *"I do not pledge the people's vote in advance on this or any issue"* indicating that she will support the people on important issues and a deep understanding of the responsibility and accountability of a legislator's obligation to the people on all issues.

XXXIX.

There is no factual basis for **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** to state in Mailer 3 "to tell Michele Blanchard to *"Stop opposing term limits!"* This statement is false, misleading and intending to inflame the voters and the statement is a disparaging and defamatory statement designed to libel, slander, defame and place plaintiff in a false light to voters of Louisiana House of Representatives District 76.

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert



XL.

On or about the 10th of October, 2019, days before the election, Mailer 4[8] was distributed into the district and contained the false statements of **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** to the voters of District 76.  Mailer 4 contained scurrilous, false, or irresponsible adverse comments about the candidate, S. MICHELE BLANCHARD include at least 1 false misleading and deceptive statement the following:

    A.    False Statement 1.:

        *"Michele Blanchard: "No" Supports term Limits on Congress."*

*See* the annexed Mailer 4 that was mailed and paid for By U.S. TERM LIMITS annexed to Petition as Exhibit "E".

---
8





-15-

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert



XLI.

There is no factual basis for **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** to state in the Mailer 4 that states "No" indicating that Michele Blanchard does not support terms limits on Congress. This statement is false, misleading and intending to inflame the voters and the statement is a disparaging and defamatory statement designed to libel, slander, defame and place plaintiff in a false light to voters of Louisiana House of Representatives District 76.

XLII.

**JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** have violated Louisiana R.S. 18:1463(A). The Legislature of Louisiana finds that the state has a compelling interest in taking every necessary step to assure that all elections are held in a fair and ethical manner and finds that an election cannot be held in a fair and ethical manner when any candidate or other person is allowed to print or distribute any material which falsely alleges that a candidate is supported by or affiliated with another candidate, group of candidates, or other person, or a political faction, or to publish statements that make scurrilous, false, or irresponsible adverse comments about a candidate or a proposition. *LA R.S. 18:1463(A).*

XLIII.

The legislature further finds that the state has a compelling interest to protect the electoral process and that the people have an interest in knowing the identity of each candidate whose number appears on a sample ballot in order to be fully informed and to exercise their right to vote for a candidate of their choice. *LA R.S. 18:1463(A).*

XLIV.

The legislature further finds that it is essential to the protection of the electoral process that the people be able to know who is responsible for publications in order to more properly evaluate the statements contained in them and to informatively exercise their right to vote. The legislature further finds that it is essential to the protection of the electoral process to prohibit misrepresentation

Submitted Date: 8/19/2020 6:35 PM   File Date: 8/20/2020 8:30 AM Case Number: 202013574   St. Tammany Parish, LA   Deputy Clerk: Courtney Hebert



that a person, committee, or organization speaks, writes, or acts on behalf of a candidate, political committee, or political party, or an agent or employee thereof. *LA R.S. 18:1463(A).*

## XLV.

**JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** have violated Louisiana R.S. 18:1463 (C)(1). No person shall cause to be distributed, or transmitted, any oral, visual, or written material containing any statement which he knows or should be reasonably expected to know makes a false statement about a candidate for election in a primary or general election or about a proposition to be submitted to the voters. *LA R.S. 18:1463(C)(1).*

## XLVI.

**JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** have violated Louisiana R.S. 18:1463 (C)(2)(c). All four (4) mailers violate Louisiana R.S. 18:1463 (C)(2)(c) that require if a communication is not authorized by a candidate, a political committee of a candidate, or its agents, it shall clearly state the (i) name, (ii) physical address (not post office box), and (iii) telephone number and the world-wide web address if available of the person, committee, entity or organization who paid for the communication and state that the communication is not authorized by any candidate or candidate committee. The name of the payer shall be given in full and no acronyms shall be used. All four (4) mailers fail to include a telephone number, web address and indicate that it is not authorized by any candidate or candidate committee. *LA R.S. 18:1463(C)(2)(c)*

## XLVII.

**JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** have violated Louisiana R.S. 18:1463(C)(3). All four (4) mailers violate Louisiana R.S. 18:1491(C)(3) that require an individual, association, organization, committee, or corporation is responsible for or causes the distribution or transmission of any statements relative to candidates or propositions which do not fully disclose the name of the individual or the name of the association, organization, committee, or corporation, and the full and correct name and address of its chairman or other chief administrative officer and

-17-

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM  Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert



whether or not such individual, association, organization, committee, or corporation supports or opposes such candidate or proposition, such individual, association, organization, committee, or corporation shall report all expenditures incurred in relation to the publication, distribution, transportation, or transmission in accordance with R.S. 18:1491.7, 1495.5, or 1501.1. *LA R.S. 18:1463(C)(3)*

### XLVIII.

The provisions of La. R.S. 18:1463(F) provides that:

"F. Whoever violates any provision of this section may be punished by a fine not to exceed two thousands dollars or be imprisoned for not more than two years, or both."

### XLIX.

On the basis of the information provided above, clear convincing evidence exists that **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** violated the provisions of La. R.S. 18:1463(C) in the several respects mentioned above.

### XLX.

S. Michele Blanchard and the Committee to Elect S. Michele Blanchard, LLC seek in connection herewith reasonable attorney's fees incurred in presenting this matter to this Honorable Court, which the law allows to be taxed as costs for payment by **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS**.

### XLXI.

S. Michele Blanchard and the Committee to Elect S. Michele Blanchard, LLC further requests that **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** be punished by a fine, not to exceed two thousand dollars, or imprisoned for not more than two years, or both.

### XLXII.

The additional general and equitable relief affordable and damages under the facts and premises are asserted by S. Michele Blanchard and the Committee to Elect S. Michele Blanchard, LLC, as the same may be shown to be available to plaintiffs.

-18-

Submitted Date: 8/19/2020 6:35 PM   File Date: 8/20/2020 8:30 AM   Case Number: 202013574   St. Tammany Parish, LA   Deputy Clerk: Courtney Hebert



XLXIII.

In addition to right to the imposition of a fine and jail term not to exceed two years, S. Michele Blanchard and the Committee to Elect S. Michele Blanchard seek from **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** damages that are awardable under the facts and premises for defamation, knowing that the statements made in these mailers are not true, and obviously having made the statements with malice, knowing of the untruths and/or with reckless disregard for the truth or falsity thereof.

XLXIV.

The defendants intended to deprive the plaintiff, S. Michele Blanchard, of the opportunity to serve as of Representative for Louisiana House District 76, and therefore deprived her of the prospective advantage of pursuing her public calling.  As a result of the actions of the defendants, the plaintiffs have been injured.

XLXV.

Damages commensurate with the facts and premises are accordingly awardable, together with any special damages that will be required to compensate the Plaintiffs for restoring the good name of S. Michele Blanchard.

XLXVI.

As a direct and proximate result of the statements set forth in the mailings described above, Plaintiffs have been damaged and will continue to suffer damage.  The plaintiffs have suffered financial loss in financing the election and loss of election.

XLXVII.

The additional general and equitable relief affordable and damages under the facts and premises are asserted by S. Michele Blanchard and the Committee to Elect S. Michele Blanchard, as the same may be shown to be available to plaintiffs.

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM  Case Number: 2020013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert



XLVIII.

**JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** committed the tort of defamation with the malice intent with hurting the good name and reputation of S. Michele Blanchard by making false and defamatory statements as identified in paragraphs V through XLI, by sending publications to voters and residents of District 76, resulting in injury to the name of S. Michele Blanchard and monetary damages in the amount of contributions made by S. Michele Blanchard to the Committee to Elect S. Michele Blanchard, LLC exceeding $50,000.00.

XLIX.

S. Michele Blanchard has been a community steward and leader in the Slidell area since she opened her law practice in 2002. She was elected to office of St. Tammany Parish Council District 13 in 2015, and diligently served her constituency until 2020, donating countless hours in public service for the good of her community. The slanderous comments likening S. Michele Blanchard to a "bad apple" and "dirty diaper" by **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS** directly affected and besmirched her reputation and tainted her goodwill in the community.

WHEREFORE, S. MICHELE BLANCHARD and the COMMITTEE TO ELECT S. MICHELE BLANCHARD, LLC pray that after all due proceedings are had in connection herewith, relief be granted, damages be awarded, special damages, fines and penalties as provided for by law, with lawful interest, compensation for enrichment without cause, cost of suit and reasonable attorney's fees be assessed against **JEFFREY SCOTT TILLMAN and U.S. TERM LIMITS**; and that the general and equitable relief awardable under the facts and premises be granted.

-20-

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 6:30 AM  Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert



**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading on all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed and/or by facsimile transmission, this 19 day of _____, 2020.

_____
S. MICHELE BLANCHARD

Respectfully submitted,

_____
S. MICHELE BLANCHARD, In Proper Person

and

AIREY BLANCHARD LAW OFFICE

_____
S. MICHELE BLANCHARD (#27966)
2229 Sgt. Alfred Drive, Suite 3
Slidell, LA 70458
Telephone:    (985) 641-4010
E-mail:        ablo@aireyblanchard.com
*Attorney for Committee to Elect S. Michele Blanchard*

**Please Prepare Service**
**In accordance with LA. R.S. 13:3204**

U.S. TERM LIMITS
Through its Agent of Service
INCORP SERVICES, INC
5716 Corsa Ave Suite 110
Westlake Village, CA 91362-7354

**Please Prepare Service**
**In accordance with LA. R.S. 13:3204**

JEFFREY SCOTT TILLMAN
2150 S. Green Ave
Fremont, MI 49412

A CERTIFIED TRUE COPY
Witness my signature and seal of office.
Attested by: *Sarah Campbell*
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Sarah Campbell, Deputy Clerk

-21-

Submitted Date: 8/19/2020 6:35 PM   File Date: 8/20/2020 8:30 AM   Case Number: 202013574   St. Tammany Parish, LA   Deputy Clerk: Courtney Hebert



Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM  Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert

Exhibit A Page 1 of 2
Submitted by S. Michele Blanchard



Submitted Date: 8/19/2020 6:30 PM File Date: 8/20/2020 8:30 AM Case Number: 2020-15 St. Tammany Parish, LA Deputy Clerk Courtney Hebert

# . a. nf dct rh Se S A M E A S O N

- Ma T rw ka i n

Weh a s e e hdey s f uinWcatsihoinDh Q t e ob ycead e e r
p o l i w h ao rimeao mi sen toerknet e p i h re g a th sa i n n d i n g
s o l u We ec ca m s f .f o r d tha t a b l y o o nk ge enr . s y s t e

Mi c hB el la ln eD O E S CAR'E T b ot ue tt im mh icCtros n g r e s s ,
w h i8c2b%A m e r vi oc tasenurqosrpWt h. eh necro n s t a s ke e d t s
h e t r o i tg hUe. TSe. L im mP il t esB l g a e n R E E U p E t D n g
p r o f e ps cs l i io th la eoiaf dhpe e o. p l e

**TeM i l c hB el laln eS h e ip dwi i nD gO**
c a r pe oe l r i t v i te l i e a p e d f p lu e s i a n a .
S t o p p o t s e i fn ig mi t s !

**M i c hB el laln eR E E E**
**t o i tg hpel e td og**
**s u p p co m t g r e s**
**t e r im mi t s .**

Mi telB d a n: ( 8 8 5 5 0 1 3
c otan c t @se rh deeocm

Exhibit A Page 2 of 2
Submitted by S. Michele Blanchard

**Call Michelle Blanchard at (985) 665-5013**
ask her why she OPPOSES President Trump's
effort on term limits

"I will push for a constitutional amendment to
impose term limits ON ALL MEMBERS OF CONGRESS.
Decades of failure in Washington and decades of
special interest dealing must come to an end."

—Donald Trump

For more information please visit www.TermLimits.com/Louisiana

Exhibit B Page 1 of 2
Submitted by S. Michele Blanchard

# Conservatives like President Trump support term limits on Congress to help DRAIN THE SWAMP.

That's why it's outrageous that Michelle Blanchard REFUSES to support term limits on Congress.

Call her at (985) 605-5013 and tell her ENOUGH IS ENOUGH.

Email: contact@electsmb.com



No Images? Click here



***** 
# TRUMP
## PENCE
### MAKE AMERICA GREAT AGAIN!
— 45 —

- MAY 7 2019 -

## Trump Campaign Statement on Dishonest Fundraising Groups

The following is a statement from the Donald J. Trump for President campaign:

President Trump's campaign condemns any organization that deceptively uses the President's name, likeness, trademarks, or branding and confuses voters. There is no excuse for any group, including ones run by people who claim to be part of our 'coalition,' to suggest they directly support President Trump's re-election or any other candidates, when in fact their actions show they are interested in filling their own pockets with money from innocent Americans' paychecks, and sadly, retirements. We encourage the appropriate authorities to investigate all alleged scam groups for potential illegal activities.

There are only four official fundraising organizations authorized by President Trump or the RNC: Donald J. Trump for President, the Republican National Committee, and two joint fundraising committees with the RNC, The Trump Make American Great Again Committee (TMAGAC) and Trump Victory. In addition, there is one approved outside non-campaign group, America First Action, which is run by allies of the President and is a trusted supporter of President Trump's policies and agendas.



Paid for by Donald J. Trump for President, Inc.
725 5th Avenue · New York, NY · 10022

Exhibit C Page 1 of 1
Submitted by S. Michele Blanchar[

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020 8:30 AM Case Number: 202013574  St. Tammany Parish, LA  Deputy Clerk: Courtney Hebert

Case 2:20-cv-02460-LRL-MBN   Document 1-4   Filed 09/02/20   Page 27 of 32



# A LOT QUICKER IN WASHINGTON, DC

Michele Blanchard **DOESN'T CARE** about term limits for Congress. When her constituents asked her to sign the U.S. Term Limits Pledge, Blanchard **REFUSED**, putting professional politicians ahead of the people.

## CALL OR EMAIL CANDIDATE MICHELE BLANCHARD and tell her to **STOP** opposing congressional term limits.

(850) 598-5515

contact@electsmb.com

Paid for by
U.S. Term Limits
3271 Suntree Blvd, Suite 201
Melbourne, FL 32940

Exhibit D Page 1 of 2
Submitted by S. Michele Blanchard

HOW LONG BEFORE GOOD APPLES TURN BAD?

www.TermLimits.com

[f] /USTermLimits

Exhibit D Page 2 of 2
Submitted by S. Michele Blanchard

## U.S. Term Limits Pledge

**US TERM LIMITS**

I, _Robert Owen_, pledge t
ㅆ
as a member of the state legisla ㅂ re, I will
cosponsor and vote for the resolution
applying for an Article V convention for the
sole purpose of enacting term limits on
Congress.

Exhibit E Page 1 of 2
Submitted by S. Michele Blanchard



VOTER'S GUIDE

2019

MICHELE BLANCHARD
POLITICIAN

ROBERT OWEN
CONSERVATIVE REPUBLICAN

Support Term Limits
NO | YES

Support Congressional Term Limits
NO | YES

Signed the Pledge
PRO-TERM LIMITS

Parish, LA  Deputy Clerk: Courtney Hebert

Submitted Date: 8/19/2020 6:35 PM  File Date: 8/20/2020

# AIREY BLANCHARD LAW OFFICE
### ATTORNEYS AND COUNSELORS AT LAW
2229 Sgt Alfred Drive, Suite 3 Slidell, LA 70458

S. MICHELE BLANCHARD
*Admitted in LA*

TELEPHONE: 985-641-4010
e-mail:ablo@aireyblanchard.com

August 19, 2020

**VIA E-FILE**
Hon. Melissa Henry, Clerk of Court
22nd Judicial District Court
Parish of St. Tammany
P. O. Box 1090
Covington, LA 70434

RE:   *Sadie Michele Blanchard and Committee to Elect S. Michele Blanchard*
      *LLC vs. Jeffrey Scott Tillman and U.S. Term Limits*
      **22nd JDC, New Filing**

Dear Clerk:

Enclosed please find the following documents to be filed in connection with the above referenced matter:

1.   Original and two (2) copies of the Petition for Damages and Fines in Accordance with LA R.S. 18:1463(F) and LA. Civ. Code Ann. Art. 2298 Enrichment Without Cause; and
2.   Original and two (2) copies of two (2) Requests for Admissions of Fact.

Please prepare the Petition and both Requests for Admissions of Fact for **long arm service in accordance with LA R.S. 13:3204** to the following:

**U.S. TERM LIMITS**
through its Agent of Service
INCORP SERVICES, INC
5716 Corsa Ave, Suite 110
Westlake Village, CA 91362-7354

**JEFFREY SCOTT TILLMAN**
2150 S. Green Ave
Fremont, MI 49412

Please return a stamped copy and prepared for service in accordance with instructions. Thank you for your attention to this and other matters.

Sincerely,

S. MICHELE BLANCHARD

SMB/aeb
Enclosure

Submitted Date: 8/19/2020 6:35 PM   File Date: 8/20/2020 8:30 AM   Case Number: 202013574   St. Tammany Parish, LA Deputy Clerk: Courtney Hobert

August 29, 2020


S Michele Blanchard
Attorney at Law
2229 Sgt Alfred Dr Suite 3
Slidell La  70458


Re:     S Michele Blanchard, et al
        VS. 202013574 Division B
        Jeffrey Scott Tillman, et al


Dear Counsel or Self Represented Litigant:

Enclosed please find Two (2) Citations and Two (2) Clerk Serve and Returns along with certified
copies of the Petition for Damages being returned to you per your request for service on U.S.
Term Limits and Jeffrey Scott Tillman, by Louisiana Long Arm Statute.

**After service has been made please file the necessary paperwork with our office as proof of
service.**

Sincerely,


Caroline Theriot
Deputy Clerk