UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SADIE MICHELE BLANCHARD and COMMITTEE TO ELECT S. MICHELE BLANCHARD, LLC<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY SCOTT TILLMAN and US TERM LIMITS<br><br>Defendants. | NUMBER: 2:20-cv-02400-ILRL-MBN<br><br>DISTRICT JUDGE IVAN L.R. LEMELLE<br><br>MAGISTRATE JUDGE MICHAEL NORTH |

**NOTICE OF ERRATA AND CONSENT TO REMOVAL**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Jeffrey Scott Tillman and U.S. Term Limits, who, with a full reservation of rights, claims, defenses, objections, and exceptions, and particularly personal jurisdiction, do hereby file into the record this Notice of Errata and Consent to Removal to remedy any concerns about Jeffrey Scott Tillman's consent to the Defendants' removal of this action to this Court from the 22nd Judicial District Court.

The Notice of Removal filed on September 1, 2020 was filed, according to the ECF, on behalf of both Defendants: U.S. Term Limits and Jeffrey Scott Tillman. While the pleading did not explicitly set forth consent, Jeffrey Scott Tillman did, in fact, consent to removal. The omission of explicit consent from the Notice was a technical error, and it does not change the grounds for federal court jurisdiction or removal of the action to this Court. Defendants will correct the error by way of a Motion for Leave to File an Amended Notice of Removal, which is forthcoming.[1]

---

[1] See 28 U.S.C. § 1653. "Defective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts."

The Defendants wished to file this Notice as soon as possible after realizing the inadvertent omission. Notably, upon removing, the undersigned were immediately enrolled as counsel for both Defendants. In addition, when directed by the Clerk to supplement the Removal pleadings, the Response pursuant to 28 U.S.C. 1447(b) clearly stated it was filed on behalf of U.S. Term Limits and Jeffrey Scott Tillman.

By way of further clarification, undersigned counsel represent both Defendants and have done so throughout the infancy of this case. The Removal was filed on behalf of both Defendants. Defendants' Motion for Leave is forthcoming that will more fully set forth Defendant Jeffrey Scott Tillman's consent to the removal. This Notice is filed solely as an attempt to placate the Plaintiff's concerns about Mr. Tillman's consent for removal.

Respectfully submitted:

STERNBERG, NACCARI & WHITE, LLC

s/Scott L. Sternberg
**SCOTT L. STERNBERG**, La. Bar No. 33390
**M. SUZANNE MONTERO**, La. Bar No. 21361
**MICHAEL S. FINKELSTEIN**, La. Bar No. 35476
**GRAHAM H. WILLIAMS**, La. Bar No. 36731
935 Gravier Street, Suite 2020
New Orleans, LA 70112
Telephone: 504.324.2141
Facsimile:  504.534.8961
scott@snw.law | suzy@snw.law | michael@snw.law | graham@snw.law

***Counsel for Jeffrey Scott Tillman and U.S. Term Limits***