UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SADIE MICHELE BLANCHARD ET AL**  CIVIL ACTION

**VERSUS**  NO. 20-2400

**JEFFREY SCOTT TILLMAN ET AL**  SECTION "B"(5)

### ORDER

**IT IS ORDERED** that Defendants' "Motion for Leave to File Reply Brief" (Rec. Doc. 15) is **GRANTED**. The proposed pleading that is attached (Rec. Doc. 15-2) shall be filed into the record.

New Orleans, Louisiana this 26th day of October, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE