UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SADIE MICHELE BLANCHARD ET AL**                                    **CIVIL ACTION**

**VERSUS**                                                            **NO. 20-2400**

**JEFFREY SCOTT TILLMAN ET AL**                                       **SECTION B(5)**

ORDER

The previous order granting plaintiffs leave to file an amended complaint (Rec. Doc. 26) is **RECALLED** because it was improvidently issued; and

**IT IS FURTHER ORDERED** that the ex parte motion for leave to file an amended complaint (Rec. Doc. 23) is **DENIED.**

While amendments to complaints are liberally construed to allow same, complaints and amendments should comply with the Federal Rules of Civil Procedure and interpretative cases calling for a short and concise statement of facts and legal basis for claims. The proposed fifty-five-page amendment, including attachments, is hardly short or concise nor does it clarify existing libel and slander claims. It only adds more alleged evidentiary support. It is unnecessary to plead every alleged fact in support of claims. Additionally, the proposed amendment would confuse, exacerbate and severely damage effective management of claims and defenses that appear to arise from a highly charged electoral campaign. The amendment as proposed is cumulative,

1

conclusory and unnecessary. *Compare Shivangi v. Dean Witter Reynolds, Inc.*, 825 F.2d 885, 890 (5th Cir. 1987).

New Orleans, Louisiana this 30th day of November, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE

2